UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00204-D

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) **ORDER TO UNSEAL**<br>) |
| ROGER WAYNE JESSUP, et al. | )<br>) |

Upon motion of the Government, the above-captioned case is hereby ORDERED partially unsealed as to Defendant Hector Manuel Diaz, Jr. SO ORDERED.

7 NOV. 2018
DATE

JAMES E. GATES
United States Magistrate Judge