UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:18-CR-204-D-5

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 530) |
| HECTOR MANUEL DIAZ, JR. | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 530 (2022 Medical Records) be sealed until further notice by this Court.

This 18 day of April, 2022.

JAMES C. DEVER III
United States District Judge