UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:18-CR-204-D-5

UNITED STATES OF AMERICA,    )
                             )
v.                           )          ORDER TO SEAL
                             )          (DE 529)
HECTOR MANUEL DIAZ, JR.      )
_____)

Upon the motion of the defendant and for good cause shown, it is hereby

ordered that DE 529 (2021 Medical Records) be sealed until further notice by

this Court.

This __18__ day of __April__, 2022.


                              _____
                              JAMES C. DEVER III
                              United States District Judge