UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-204-D-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| HECTOR MANUEL DIAZ, JR., | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the United States' Motion to Seal, it is hereby

ORDERED that Exhibit 2 (DE 541) Regarding Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582 be filed under seal.

This 18 day of April, 2022.

JAMES C. DEVER III
United States District Judge